AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, Jr., Joseph F. | United States District Court | 03-22-06 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> United States District Judge | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ___ Final <br> 5b. ___ Amended Report | 6. Reporting Period <br> 01/01/2005 to 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address <br> District of South Carolina <br> 901 Richland Street <br> Columbia, South Carolina 29201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X | NONE (No reportable positions.) |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X | NONE (No reportable agreements.) |
| 1 | |
| 2 | |

*(stamp: 2006 MAR 30 A 9:33 RECEIVED FINANCIAL DISCLOSURE OFFICE)*

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| | NONE (No reportable non-investment income.) | |
| 1. 2005 | University of South Carolina School of Law | $ 3,000.00 |
| 2. 2005 | Book Royalty from South Carolina Bar *(The Lost Art: An Advocate's Guide to Effective Closing Argument)* (Net Royalty) | $ 630.61 |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| X | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | American Association of Law Schools | January 7-9, 2005 — San Francisco, California (Lodging and Travel) |
| 2 | South Carolina Bar | January 21-22, 2005 — Charleston, South Carolina (Lodging) |
| 3 | Arkansas Bar Association | June 8-10, 2005 — Hot Springs Arkansas (Travel, Lodging, and Food) |
| 4 | Conference of Chief Justices | July 30, 2005 — Charleston, South Carolina (Travel) |
| 5 | South Carolina Trial Lawyers Association | August 4-5, 2005 — Hilton head Island, South Carolina (Lodging) |
| 6 | South Carolina Defense Trial Attorneys Association | November 3-4, 2005 — Pinehurst, North Carolina (Lodging) |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Joseph F. Anderson, Jr. | 03-22-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 1 MFS Municipal Income Trust | A | Dividend | J | T | | | | | |
| 2 Mutual Fund - Morgan Stanley | A | Dividend | J | T | | | | | |
| 3 Mutual Fund - Morgan Stanley | A | Dividend | J | T | | | | | |
| 4 Mutual Fund - Vanguard | A | Dividend | J | T | | | | | |
| 5 Savings Account | B | Interest | J | T | | | | | |
| 6 Checking Account | A | Interest | J | T | | | | | |
| 7 U. S. Savings Bonds Series I | A | Interest | K | T | | | | | |
| 8 Mutual Fund - Vanguard Long Term Treasury Fund | A | Dividend | J | T | Buy | 8/5 | J | NA | NA |
| 9 Mutual Fund - Vanguard Precious Metals and Mining | A | Dividend | J | T | Buy | 10/14 | J | NA | NA |
| 10 Gilead Sciences, Inc. Stock | A | Dividend | J | T | Buy | 10/19 | J | NA | NA |
| 11 Bank of America Cash Reserves | C | Interest | L | T | Deposit | 7/14 | L | NA | NA |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001- $100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Joseph F. Anderson, Jr. | 03-22-06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

████████ passed away on April 8, 2005. The investments shown as items eight (8) through twelve (12) were purchased with money left to me in ████ will.

VII. Investments and Trusts (Continued)

1. **Described in prospectus as a "closed-end**, non-diversified investment company that seeks to provide current income exempt from federal income taxes." The Trustee is Massachusetts Financial Company.
2. **Pacific Growth Fund**
   Jersey City
   New Jersey
3. **Dividend Growth Securities**
   Jersey City
   New Jersey
4. **Vanguard Index Trust Fund**
   Philadelphia
   Pennsylvania
5. **Branch Bank & Trust Company**
   Columbia
   South Carolina
6. **Branch Bank & Trust Company**
   Columbia
   South Carolina

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████

Date _March 22, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544